**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-2246**

———————

CARLOS A. ALFORD,

              Plaintiff – Appellant,

     v.

CELECIA PEERS; BRIAN MANSFIELD; GOOD SHEPARD MINISTRIES,

              Defendants – Appellees,

     and

KATRINA KNIGHT; VERNA MANSFIELD,

              Defendants.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:09-cv-00170-BO)

———————

Submitted:  April 28, 2011         Decided:  May 10, 2011

———————

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carlos A. Alford, Appellant Pro Se.  Harry Lee Davis, Jr., Ann Cox Rowe, DAVIS & HAMRICK, LLP, Winston-Salem, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos A. Alford appeals the district court's order dismissing this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alford v. Peers, No. 7:09-cv-00170-BO (E.D.N.C. Nov. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED